

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

July 28, 2015

| | |
|---|---|
| No.: | 15-16501 |
| D.C. No.: | 2:14-cv-02626-TLN-DAD |
| Short Title: | Tracy Rifle and Pistol LLC, et al v. Kamala Harris, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Preliminary Injunction Appeal. Circuit Rule 3-3.**

**Briefing schedule will be set by future court order.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TRACY RIFLE AND PISTOL LLC; MICHAEL BARYLA, Managing Member, Tracy Rifle and Pistol LLC; TEN PERCENT FIREARMS, a California corporation; WESLEY MORRIS, Owner, Ten Percent Firearms; SACRAMENTO BLACK RIFLE, INC., a California corporation; ROBERT ADAMS, Owner, Sacramento Black Rifle, Inc.; PRK ARMS, INC., a California corporation; JEFFREY MULLEN, Owner, PRK Arms, Inc.; IMBERT & SMITHERS, INC.; ALEX ROLSKY,

        Plaintiffs - Appellants,

 v.

KAMALA D. HARRIS, Attorney General, State of California; STEPHEN J. LINDLEY, Chief, California Department of Justice, Bureau of Firearms,

        Defendants - Appellees.

No. 15-16501

D.C. No. 2:14-cv-02626-TLN-DAD
U.S. District Court for Eastern California, Sacramento

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

| | |
|---|---|
| **Tue., August 4, 2015** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk