# PROOF OF SERVICE
**Case No.** 15-16501

The undersigned hereby certifies as follows:

     I am an employee of the law firm of Benbrook Law Group, PC, 400 Capitol Mall, Suite 1610, Sacramento, California. I am over 18 years of age and am not a party to the within action.

On August 03, 2015 I served a true copy of the following document:

**MEDIATION QUESTIONNAIRE**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

| **Nelson Ryan Richards**<br>California Attorney General's Office<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102<br>415-702-5559<br>Fax: 415-702-1234<br>Email: nelson.richards@doj.ca.gov | **Emmanuelle S. Soichet**<br>California Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 9102<br>(415)703-5974<br>(415)703-1234(fax)<br>Emmanuelle.soichet@doj.ca.gov |
|---|---|

_____(BY EMAIL) I caused an email to be sent to the above listed email address(es).

XX\_\_\_\_(BY MAIL) I placed such sealed envelope, with postage fully prepaid for first-class mail, for collection and mailing at Benbrook Law Group, PC, Sacramento, California following ordinary business practices. I am readily familiar with the practice of Benbrook Law Group, PC for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

_____(PERSONAL SERVICE) by sending a true copy thereof in an envelope addressed as indicated above, and by then sealing said envelope(s) and giving the same to a messenger for personal delivery.

     I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: August 3, 2015                           */s/ Kelly McConnen*
                                                                       Kelly McConnen