Service Mailing List
Case No. 15-16501

Bradley A. Benbrook
Stephen M. Duvernay
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
(916)447-4900
(916)447-4904 (fax)
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com
Representing: PRK Arms, Inc; Sacramento Black Rifle, Inc; Ten Percent Firearms; Tracy Rifle and Pistol LLC; Jeffrey Mullen; Michael Baryla; Robert Adams; Wesley Morris; Imbert & Smithers, Inc; Alex Rolsky
(Plaintiffs – Appellants)


Nelson Ryan Richards
California Attorney General's Office
2550 Mariposa Mall
Room 5090
Fresno, CA 93721
(559)477-1688
(559)445-5106 (fax)
Nelson.richards@doj.ca.gov
Representing: Kamala D. Harris; Stephen J. Lindley
(Defendants-Appellees)


Emmanuelle S. Soichet
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 9102
(415)703-5974
(415)703-1234(fax)
Emmanuelle.soichet@doj.ca.gov
Representing: Kamala D. Harris; Stephen J. Lindley
(Defendants-Appellees)