UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRACY RIFLE AND PISTOL LLC; et al.,<br><br>            Plaintiffs - Appellants,<br><br>  v.<br><br>KAMALA D. HARRIS, Attorney General, State of California; STEPHEN J. LINDLEY, Chief, California Department of Justice, Bureau of Firearms,<br><br>            Defendants - Appellees. | No. 15-16501<br><br>D.C. No. 2:14-cv-02626-TLN-DAD<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER** |

The opening brief submitted on August 24, 2015 is filed.

Within 7 days of this order, appellants are ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The Court has reviewed the excerpts of record submitted on August 24, 2015. Within 7 days of this order, appellants are ordered to file 4 copies of the

excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk