UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 14 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRACY RIFLE AND PISTOL LLC; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General, State of California; STEPHEN J. LINDLEY, Chief, California Department of Justice, Bureau of Firearms, <br><br> Defendants - Appellees. | No. 15-16501 <br><br> D.C. No. 2:14-cv-02626-TLN-DAD U.S. District Court for Eastern California, Sacramento <br><br> **ORDER** |

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Lisa Jaye, Circuit Mediator, at 415-355-7910 or lisa_jaye@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients. Information regarding the mediation program may be found at **www.ca9.uscourts.gov/mediation.**

cl/mediation

FOR THE COURT:

Catherine Lirio
Deputy Clerk