Eugene Volokh
385 Charles E. Young Dr. E
Los Angeles, CA 90095
(310) 206-3926
*volokh@law.ucla.edu*

Clerk of Court
U.S. Court of Appeals for the Ninth Circuit

Re: No. 15-16501, *Tracy Rifle & Pistol LLC v. Harris*

Dear Madam or Sir:

    I much look forward to the February argument in this case. On Tuesday, February 2, I have a prior commitment to speak to the Conference of Chief Justices in Monterey; and on Wednesday and Thursday, February 10 and 11, I have a longstanding commitment to speak at a Georgia State University College of Law symposium in Atlanta. If possible, I would therefore much prefer if oral argument could be scheduled for February 1, 3, 4, 5, 8, 9, or 12.

    Naturally, I would also be delighted if the argument were held in Pasadena, since opposing counsel is in Fresno, half way between Pasadena and San Francisco, and I am in Los Angeles. But of course I realize that this is entirely in the Court's discretion, and that opposing counsel may have a different preference. Many thanks,

                              Sincerely Yours,

                              Eugene Volokh
                              Counsel for Tracy Rifle & Pistol LLC