# OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 15-16501 |
| Case Title | Tracy Rifle & Pistol LLC, et al. v. Harris, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 2/9/2015 | Time | 9:00 AM | Courtroom | 1 |

| | |
|---|---|
| Location | James R. Browning U.S. Courthouse |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Eugene Volokh |
| Address | 405 Hilgard Ave. |
| City | Los Angeles |
| State | CA |
| Zip Code | 90095 |
| Phone | 310-206-3926 |
| Email Address | volokh@law.ucla.edu |
| Party/parties represented | Tracy Rifle & Pistol LLC, et al. |
| Special needs you may require in the courtroom | |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Eugene Volokh | Date | 2/9/15 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190